NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE SHELDON BREINER

---

2011-1387
(Serial No. 11/322,051)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Sheldon Breiner moves without opposition for leave to file his joint appendix one day late and to accept the certified list and corrected table of contents as a supplement to the joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 3 0 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: James S. McDonald, Esq.
Raymond T. Chen, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 0 2012

JAN HORBALY
CLERK